■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT KAMINSKY, Appellant, v. HARRY SILBERGLITT, as Warden of the Manhattan House of Detention, et al., Respondents.— ■ No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ. [30 Misc 2d 813.]

■ In the Matter of ERIC H. CRAVEN v. ROBERT E. HERMAN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY MIRRA. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH CURTIS.— [In each action] Motion to dismiss appeal granted. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ STANDARD BRANDS, INCORPORATED v. SEELEY & COMPANY, INCORPORATED, SEELEY & COMPANY, INCORPORATED v. UNION CARBIDE CORPORATION.— Motion to dispense with printing in the record on appeal the transcripts of examinations before trial and of the exhibits marked for identification at said examinations before trial granted on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 8, 1962, with notice of argument for March 20, 1962, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ PHIL BOYLE et al. v. J. BERTRAM WEGMAN et al.— Motion to dispense with printing denied. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ ARNOLD SCHILDHAUS v. CITY OF NEW YORK.— Motion for an enlargement of time granted on condition that the defendant-appellant-respondent perfects the appeal for the September 1962 Term of this court, said appeal to be argued or submitted when reached. The order of this court entered on November 2, 1961 is modified accordingly. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ WALSTON & CO., INC., v. HIRSCH L. SPIRA et al.— Motion to dispense with printing granted to the extent of dispensing with the printing in the record on appeal of the exhibits set forth in the moving papers herein on condition that six photostatic or photo prints of each exhibit are filed with this court on or before the Wednesday preceding the day of the term for which the appeal is noticed for argument. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY WRIGHT.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.